UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

| In re: | § | |
|---|---|---|
| | § | |
| JESPERSEN, DON C | § | Case No. 10-44279 |
| JESPERSEN, SUSAN C | § | |
| | § | |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that BARRY A. CHATZ, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
KENNETH S. GARDNER
CLERK OF THE COURT

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 AM on 03/20/2012 in Courtroom 742,
United States Courthouse
219 South Dearborn Street
Chicago, Illinois 60604
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 02/13/2012     By: /s/ Barry A. Chatz, Trustee
                                Barry A. Chatz, Trustee


*BARRY A. CHATZ*
*120 S. RIVERSIDE PLAZA*
*SUITE 1200*
*CHICAGO, IL 60606-0000*

UST Form 101-7-NFR (5/1/2011) (Page: 1)

United States Bankruptcy Court
Northern District of Illinois

In re:  
Don C Jespersen  
Susan C Jespersen  
    Debtors

Case No. 10-44279-CAD  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0752-1      User: dgomez     Page 1 of 3     Date Rcvd: Feb 15, 2012  
                   Form ID: pdf006     Total Noticed: 80

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 17, 2012.

```
db/jdb        +Don C Jespersen,   Susan C Jespersen,    3932 N Hickory Lane,    Oconomowoc, WI 53066-4537
16224215       AT&T,   P.O. Box 8100,    Aurora, IL 60507-8100
16503941      +Accurate Document Destruction Inc,    Pob 91957,    Elk Grove Village IL 60009-1957
16224211      +Ali Financial,   P.O. Box 380902,    Bloomington, MN 55438-0902
16224212      +Allan J. Coleman,   5725 N. Ravenswood,    Chicago, IL 60660-3913
16224213       American Express,   Box 0001,    Los Angeles, CA 90096-0001
16639024       American Express Bank, FSB,   c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
16503942      +American Inbound,   1111 N Walnut St,    Bloomington IN 47404-3563
16224214      +Arnold Insulations, Inc.,   3036 N. Lake Terrace,    Glenview, IL 60026-1399
16224216       Auburn,   3850 W. 187th St,    Markham, IL 60428-5306
16572801      +Authorized.Net,   808 East Utah Valley Dr.,    American Fork, UT 84003-9707
16224217       Bank Of America,   4060 Ogletown/stanton Rd,    Newark, DE 19713
16224218       Builders Plumbing Supply,   135 S. Lasalle, Dept 4455,    Chicago, IL 60674-4455
16503943      +Celere Tech,   3116 1st St,    Algonquin IL 60102-9644
16224219      +Chicago Journeymen Plumbers' Local 130,   1340 W. Washington Blvd,    Chicago, IL 60607-2131
16224220      +Collins Plumbing Co.,   126 E. Wing St., #233,    Arlington Heights, IL 60004-6064
16224221       Columbia Pipe & Supply,   23671 Network Place,    Chicago, IL 60673-1236
16224223       Costco Wholesales Membership,   P.O. Box 34783,    Seattle, WA 98124-1783
16224226       DEX,   PO Box 660835,    Dallas, TX 75266-0835
16224224      +Dam, Snell & Taveirne, Ltd.,   21 Rollins Rd.,    Fox Lake, IL 60020-1800
16224225      +Dave's Advanced Auto Care,   2025 Chestnut Ave. Bldg A,    Glenview, IL 60025-1680
16224227       Exxon Mobile/ Fleet,   P.O. Box 5727,    Carol Stream, IL 60197-5727
16224228      +Fifth Third Bank,   Bankruptcy Dept,    1850 East Paris,    Grand Rapids, MI 49546-6253
16224229      +GMAC,   P.O. Box 380902,    Bloomington, MN 55438-0902
16224210      +Gierum & Mantas,   9700 West Higgins Road Suite 1015,    Rosemont, IL 60018-4712
16224231      +Harris N.A.,   3800 Golf Rd., Suite 300,    Rolling Meadows, IL 60008-4005
16224232      +Harris N.a.,   111 W Monroe St,    Chicago, IL 60603-4095
16224233      +Harris Trust And Savings,   111 W Monroe St,    Chicago, IL 60603-4095
16224234      +Highway Technologies,   880 N. Addison Rd,    Villa Park, IL 60181-1153
16224235       Home Depot,   P.O. Box 689147,    Des Moines, IA 50368-9147
16503944      +House of Rental #1,   5115 Church St,    Skokie IL 60077-1201
16503945     ++ILLINOIS DEPARTMENT OF REVENUE,   P O BOX 64338,    CHICAGO IL 60664-0338
              (address filed with court: Illinois Dept of Revenue,    ICS Payment & Correspondence Unit,
                Pob 19043,    Springfield IL 62794)
16224208      +Jespersen Don C,   240 Elm Street,    Glenview, IL 60025-4909
16224209      +Jespersen Susan J,   240 Elm Street,    Glenview, IL 60025-4909
16224236      +Jet Stream,   P.O. Box 1016,    Peotone, IL 60468-1016
16224237      +Johnson & Krol, LLC,   300 South Wacker Drive, Ste. 1313,    Chicago, IL 60606-6601
16487030      +Joint Apprenticeship Committee of the Plumbing & H,    c/o Johnson & Krol, LLC,
                300 S. Wacker Dr., Suite 1313,    Chicago, Illinois 60606-6601
16224239      +L.U. Contribution Account,   1340 W. Washington Blvd.,    Chicago, IL 60607-1980
16503946      +Lakeshore Wate Services LLC,   6132 Oakton St,    Morton Grove IL 60053-2718
16572803      +Landry & Jacobs, LLC,   10211 North 32nd Street, Suite D-1,    Pheonix, AZ 85028-3844
16224240      +Masuda, Funai, Eifert & Mitchell, Ltd.,   203 N. Lasalle St., Ste. 2500,    Chicago, IL 60601-1262
16503947      +Meilner Mechanical Sales Inc,   19 W College Dr,    Arlington Heights IL 60004-1954
16224241      +Michael Wagner & Sons, Inc.,   2321 S. Foster Ave.,    Wheeling, IL 60090-6510
16503948      +National Plumbing Supply,   5740 N Trip Ave,    Chicago IL 60646-6723
16224243      +O'Leary's,   1031 N. Cicero Ave.,    Chicago, IL 60651-3202
16300489      +Ohio Farmers Insurance Company,   c/o Javitch Block & Rathbone,    1100 Superior Ave, 19th Flr,
                Cleveland, Ohio 44114-2521
16224244      +Plumber's Local No. 93 Fringe Funds,   31855 N. U.S. Highway 12,    Vollo, IL 60073-9796
16503950      +Plumbers Local 130 Contribution Account,   1340 W Washington Blvd,    Chicago IL 60607-1980
16503951      +Plumbers Local 130 Withdrawal Liability,   1340 W Washington Blvd,    Chicago IL 60607-1980
16503952      +Plumbers Local 93 Withdrawal Liability,   31855 N US Hwy 12,    Volo IL 60073-9796
16503953      +Plumbers Local 93 Working Dues,   31855 N US Highway 12,    Volo IL 60073-9796
16487026      +Plumbers Local Union No. 93 U.A.,   c/o Johnson & Krol, LLC,    300 S. Wacker Dr., Suite 1313,
                Chicago, Illinois 60606-6601
16487029      +Plumbers Local Union No. 93 U.A. Health and Welfar,    c/o Johnson & Krol, LLC,
                300 S. Wacker Dr., Suite 1313,    Chicago, Illinois 60606-6601
16487028      +Plumbers Local Union No. 93 U.A. Pension Fund,    c/o Johnson & Krol, LLC,
                300 S. Wacker Dr., Suite 1313,    Chicago, Illinois 60606-6601
16487025      +Plumbers Local Union No. 93 U.A. Retirement Accoun,    c/o Johnson & Krol, LLC,
                300 S. Wacker Dr., Suite 1313,    Chicago, Illinois 60606-6601
16224245      +Pnc Mortgage,   6 N Main St,    Dayton, OH 45402-1908
16224246      +Rand-Tec Insurance Agency, Inc.,   977 Lakeview Parkway, Ste. 105,    Vernon Hills, IL 60061-1444
16224247      +Randy Wright,   5115 Church St,    Skokie, IL 60077-1201
16503954      +Rieck and Crotty Attorneys at Law,   55 W Monroe St., Ste 3390,    Chicago IL 60603-5024
16224242     ++SPRINT NEXTEL CORRESPONDENCE,   ATTN BANKRUPTCY DEPT,    PO BOX 7949,
                OVERLAND PARK KS 66207-0949
              (address filed with court: Nextel Communications,    P.O. Box 4181,
                Carol Stream, IL 60197-4181)
16224248       Sentry Security, Inc.,   P.O. Box 1289,    Bridgeview, IL 60455-0289
16224249      +Shilvock Co., Inc.,   2226 Milwaukee Ave.,    Chicago, IL 60647-4049
```

```
District/off: 0752-1          User: dgomez              Page 2 of 3              Date Rcvd: Feb 15, 2012
                              Form ID: pdf006           Total Noticed: 80

16503955     +South Side Control,    488 N Milwaukee Ave,    Chicago IL 60654-3965
16503956     +Speeway Super America LLC,    Pob 1590,    Springfield OH 45501-1590
16503957     +Sprint,   Pob 8077,    London KY 40742-8077
16224250     +Sudler Property Management,    Client Advantage Program,    875 N. Michigan Ave., Ste. 260,
               Chicago, IL 60611-1803
16503958     +Susan Jesperson Living Trust,    240 Elm St,    Glenview IL 60025-4909
16224251      Test Gauge And Backflow Supply,    2587 Millennium Dr., Unit K2,    Elgin, IL  60124-5726
16487027     +The Industry Advancement Fund,    c/o Johnson & Krol, LLC,    300 S. Wacker Dr., Suite 1313,
               Chicago, Illinois 60606-6601
16224252     +Vollmar,    5835 W. Touchy Ave.,    Chicago, IL 60646-1264
16224253     +W.L. Engler Distributing, Inc.,    1035 N. Throop,    Chicago, IL 60642-4028
16224254      Westfield Insurance,    P.O. Box 5001,    Westfield Center, OH  44251-5001
16224255      Wiilis Of Illinois, Inc.,    Wills Tower,    233 S. Wacker Dr., #200,    Chicago, IL  60606-6306
16224256     +Ziebell Water Service Products, Inc.,    2001 Pratt Blvd.,    Elk Grove Village, IL 60007-5987
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
16224222      E-mail/Text: legalcollections@comed.com Feb 16 2012 03:15:28     ComEd,   Billl Payment Center,
               Chicago, IL  60668-0001
17062853     +E-mail/Text: legalcollections@comed.com Feb 16 2012 03:15:28     ComEd Company,
               3 Lincoln Center,    Attn: Claims Department,    Oak Brook IL 60181-4204
16834272      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Feb 16 2012 05:38:29
               FIA Card Services, NA/Bank of America,    by American InfoSource LP as its agent,    PO Box 248809,
               Oklahoma City, OK  73124-8809
16224230      E-mail/Text: SCD_BankruptcyNotices@Grainger.com Feb 16 2012 03:18:13     Grainger,
               Dept. #814019089,    Palatine, IL  60038-0001
16224238     +E-mail/PDF: cr-bankruptcy@kohls.com Feb 16 2012 05:24:09     Kohls/chase,
               N56 W 17000 Ridgewood Dr,    Menomonee Falls, WI 53051-7096
16503949     +E-mail/Text: bankrup@nicor.com Feb 16 2012 03:14:08     Nicor Gas,   Pob 0632,
               Aurora IL 60507-0632
                                                                                               TOTAL: 6

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
16572802*    +Fifth Third Bank,   Bankruptcy Dept,    1850 East Paris,    Grand Rapids, MI 49546-6253
16572800*    +Gierum & Mantas,   9700 West Higgins Road Suite 1015,    Rosemont, IL 60018-4712
16572798*    +Jespersen Don C,   240 Elm Street,    Glenview, IL 60025-4909
16572799*    +Jespersen Susan J,   240 Elm Street,    Glenview, IL 60025-4909
                                                                                              TOTALS: 0, * 4, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Feb 17, 2012**          **Signature:**     _Joseph Speetjens_

```
District/off: 0752-1          User: dgomez            Page 3 of 3               Date Rcvd: Feb 15, 2012
                              Form ID: pdf006         Total Noticed: 80
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 13, 2012 at the address(es) listed below:
          Barry A Chatz    bachatz@arnstein.com,
          bchatz@ecf.epiqsystems.com;jbmedziak@arnstein.com;blsutton@arnstein.com;irsiabc@aol.com
          Christina M Riepel    on behalf of Trustee Barry Chatz gstern2@flash.net
          Dawn L. Moody    on behalf of Creditor   BMO Harris Bank, N.A. as successor in interest to Harris
          Trust & Savings Bank dlm@kmlegal.com,   lsg@kmlegal.com
          Gregory K Stern    on behalf of Trustee Barry Chatz gstern1@flash.net,
          steve_horvath@ilnb.uscourts.gov
          James  Hausler    on behalf of Trustee Barry Chatz james.e.hausler@gmail.com
          Jeffrey A Krol    on behalf of Creditor   Industry Advancement Fund jeffkrol@johnsonkrol.com
          Joanne H Yi    on behalf of Debtor Don Jespersen joanne@gierummantas.com
          Joel P Fonferko    on behalf of Creditor   PNC Mortgage ND-Two@il.cslegal.com
          John E Gierum    on behalf of Debtor Don Jespersen jgierum@7trustee.net,
          joanne@gierummantas.com;karen@gierummantas.com
          Joseph E Mallon    on behalf of Creditor   Industry Advancement Fund mallon@johnsonkrol.com,
          gonzalez@johnsonkrol.com
          Monica C O'Brien    on behalf of Trustee Barry Chatz gstern1@flash.net
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
          William P Callinan    on behalf of Creditor   Industry Advancement Fund william@johnsonkrol.com
                                                                                                                                            TOTAL: 13