UNITED STATES BANKRUPTCY COURT
DISTRICT OF

In re: §
  §
JESPERSEN, DON C § Case No. 10-44279
JESPERSEN, SUSAN C §
  §
Debtor(s) §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

BARRY A. CHATZ, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $         (see **Exhibit 1**), minus funds paid to the debtor and third parties of $      (see **Exhibit 2**), yielded net receipts of $          from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4) This case was originally filed under chapter   on          . The case was pending for    months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____ By:/s/BARRY A. CHATZ_____
                                                          Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Ali Financial P.O. Box 380902 Bloomington, MN 55438 |  |  |  |  |  |
|  | Harris N.a. 111 W Monroe St Chicago, IL  60690 |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Harris Trust And Savings 111 W Monroe St Chicago, IL 60603 | | | | | |
| | Pnc Mortgage 6 N Main St Dayton, OH 45402 | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BARRY A. CHATZ | | | | | |
| BARRY A. CHATZ | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| UNITED STATES TREASURY | | | | | |
| UNITED STATES TREASURY | | | | | |
| ILLINOIS DEPT. OF REVENUE | | | | | |
| ILLINOIS DEPT. OF REVENUE | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| GREGORY K. STERN, P.C. | | | | | |
| GREGORY K. STERN, P.C. | | | | | |
| POPOWCER KATTEN, LTD | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000005B | JOINT APPRENTICESHIP COMMITTEE OF T | | | | | |
| 000007B | PLUMBERS LOCAL UNION NO. 93 U.A. | | | | | |
| 000003B | PLUMBERS LOCAL UNION NO. 93 U.A. HE | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000004B | PLUMBERS LOCAL UNION NO. 93 U.A. PE | | | | | |
| 000002B | PLUMBERS LOCAL UNION NO. 93 U.A. RE | | | | | |
| 000006B | THE INDUSTRY ADVANCEMENT FUND | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | AT&T P.O. Box 8100 Aurora, IL 60507-8100 | | | | | |
| | AT&T P.O. Box 8100 Aurora, IL 60507-8100 | | | | | |
| | Allan J. Coleman 5725 N. Ravenswood Chicago, IL 60660 | | | | | |
| | American Express Box 0001 Los Angeles, CA 90096-0001 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Arnold Insulations, Inc. 3036 N. Lake Terrace Glenview, IL 60025 | | | | | |
| | Auburn 3850 W. 187th St Markham, IL  60428-5306 | | | | | |
| | Bank Of America 4060 Ogletown/stanton Rd Newark, DE  19713 | | | | | |
| | Builders Plumbing Supply 135 S. Lasalle, Dept 4455 Chicago, IL  60674-4455 | | | | | |
| | Chicago Journeymen Plumbers' Local 130 1340 W. Washington Blvd Chicago, IL 60607-1936 | | | | | |
| | Collins Plumbing Co. 126 E. Wing St., #233 Arlington Heights, IL  60004 | | | | | |
| | Columbia Pipe & Supply 23671 Network Place Chicago, IL  60673-1236 | | | | | |
| | ComEd Billl Payment Center Chicago, IL  60668-0001 | | | | | |

UST Form 101-7-TDR (5/1/2011) *(Page: 7)*

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Costco Wholesales Membership P.O. Box 34783 Seattle, WA  98124-1783 | | | | | |
| | DEX PO Box 660835 Dallas, TX  75266-0835 | | | | | |
| | Dam, Snell & Taveirne, Ltd. 21 Rollins Rd. Fox Lake, IL  60020 | | | | | |
| | Dave's Advanced Auto Care 2025 Chestnut Ave. Bldg A Glenview, IL  60025 | | | | | |
| | Exxon Mobile/ Fleet P.O. Box 5727 Carol Stream, IL  60197-5727 | | | | | |
| | Fifth Third Bank Bankruptcy Dept 1850 East Paris Grand Rapids, MI  49546 | | | | | |
| | GMAC P.O. Box 380902 Bloomington, MN  55438 | | | | | |
| | GMAC P.O. Box 380902 Bloomington, MN  55438 | | | | | |
| | GMAC P.O. Box 380902 Bloomington, MN  55438 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Grainger Dept. #814019089 Palatine, IL 60038-0001 | | | | | |
| | Harris N.A. 3800 Golf Rd., Suite 300 Rolling Meadows, IL 60008 | | | | | |
| | Highway Technologies 880 N. Addison Rd Villa Park, IL 60181 | | | | | |
| | Home Depot P.O. Box 689147 Des Moines, IA 50368-9147 | | | | | |
| | Jet Stream P.O. Box 1016 Peotone, IL 60468 | | | | | |
| | Johnson & Krol, LLC 300 South Wacker Drive, Ste. 1313 Chicago, IL 60606 | | | | | |
| | Kohls/chase N56 W 17000 Ridgewood Dr Menomonee Falls, WI 53051 | | | | | |
| | L.U. Contribution Account 1340 W. Washington Blvd. Chicago, IL 60607 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Masuda, Funai, Eifert & Mitchell, Ltd 203 N. Lasalle St., Ste. 2500 Chicago, IL 60601 | | | | | |
| | Michael Wagner & Sons, Inc. 2321 S. Foster Ave. Wheeling, IL 60090 | | | | | |
| | Nextel Communications P.O. Box 4181 Carol Stream, IL 60197-4181 | | | | | |
| | O'Leary's 1031 N. Cicero Ave. Chicago, IL 60651 | | | | | |
| | Plumber's Local No. 93 Fringe Funds 31855 N. U.S. Highway 12 Vollo, IL 60073 | | | | | |
| | Rand-Tec Insurance Agency, Inc. 977 Lakeview Parkway, Ste. 105 Vernon Hills, IL 60061 | | | | | |
| | Randy Wright 5115 Church St Skokie, IL 60077 | | | | | |
| | Sentry Security, Inc. P.O. Box 1289 Bridgeview, IL 60455-0289 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Shilvock Co., Inc. 2226 Milwaukee Ave. Chicago, IL 60647 | | | | | |
| | Sudler Property Management Client Advantage Program 875 N. Michigan Ave., Ste. 260 Chicago, IL 60611 | | | | | |
| | Test Gauge And Backflow Supply 2587 Millennium Dr., Unit K2 Elgin, IL 60124-5726 | | | | | |
| | Vollmar 5835 W. Touchy Ave. Chicago, IL 60646 | | | | | |
| | W.L. Engler Distributing, Inc. 1035 N. Throop Chicago, IL 60622-4028 | | | | | |
| | Westfield Insurance P.O. Box 5001 Westfield Center, OH 44251-5001 | | | | | |
| | Westfield Insurance P.O. Box 5001 Westfield Center, OH 44251-5001 | | | | | |

UST Form 101-7-TDR (5/1/2011) *(Page: 11)*

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Wiilis Of Illinois, Inc. Wills Tower 233 S. Wacker Dr., #200 Chicago, IL  60606-6306 |  |  |  |  |  |
|  | Ziebell Water Service Products, Inc. 2001 Pratt Blvd. Elk Grove Village, IL  60007 |  |  |  |  |  |
| 000008 | AMERICAN EXPRESS BANK, FSB |  |  |  |  |  |
| 000009 | FIA CARD SERVICES, NA/BANK OF AMERI |  |  |  |  |  |
| 000005A | JOINT APPRENTICESHIP COMMITTEE OF T |  |  |  |  |  |
| 000001 | OHIO FARMERS INSURANCE COMPANY |  |  |  |  |  |
| 000007A | PLUMBERS LOCAL UNION NO. 93 U.A. |  |  |  |  |  |
| 000003A | PLUMBERS LOCAL UNION NO. 93 U.A. HE |  |  |  |  |  |
| 000004A | PLUMBERS LOCAL UNION NO. 93 U.A. PE |  |  |  |  |  |
| 000002A | PLUMBERS LOCAL UNION NO. 93 U.A. RE |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000006A | THE INDUSTRY ADVANCEMENT FUND | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 1

Exhibit 8

| Case No: | 10-44279 | CAD | Judge: CAROL A. DOYLE | Trustee Name: | BARRY A. CHATZ |
|---|---|---|---|---|---|
| Case Name: | JESPERSEN, DON C | | | Date Filed (f) or Converted (c): | 10/01/10 (f) |
| | JESPERSEN, SUSAN C | | | 341(a) Meeting Date: | 11/05/10 |
| For Period Ending: | 05/24/12 | | | Claims Bar Date: | 02/23/11 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. real estate at 240 Elm Street, Glenview, IL in Sus | 281,038.00 | 0.00 | DA | 0.00 | FA |
| 2. Residence at 3932 N. Hickory Lane, Oconomowoc, WI | 373,777.00 | 2,218.00 | DA | 0.00 | FA |
| 3. pocket cash | 100.00 | 0.00 | DA | 0.00 | FA |
| 4. checking account @ Harris Bank | 650.00 | 0.00 | DA | 0.00 | FA |
| 5. Checking account @ M& | 4,000.00 | 0.00 | DA | 0.00 | FA |
| 6. Normal household goods and related | 2,500.00 | 0.00 | DA | 0.00 | FA |
| 7. normal wardrobes and related | 500.00 | 0.00 | DA | 0.00 | FA |
| 8. wedding rings and watches | 5,000.00 | 0.00 | DA | 0.00 | FA |
| 9. IRA | 111,273.51 | 0.00 | DA | 0.00 | FA |
| 10. IRA | 18,226.58 | 0.00 | DA | 0.00 | FA |
| 11. IRA - Jack R. Jespersen (Deceased), Don C. Jespers | 126,742.01 | 0.00 | DA | 0.00 | FA |
| 12. IRA of Jack Jespersen - Debtor is the beneficiary | 21,609.25 | 0.00 | DA | 0.00 | FA |
| 13. Jack Jespersen's IRA - Debtor is the beneficiary | 13,538.27 | 0.00 | DA | 0.00 | FA |
| 14. Roth IRA | 17,821.91 | 0.00 | DA | 0.00 | FA |
| 15. Debtor is the beneficiary of Susan J. Jespersen's | 0.00 | 0.00 | DA | 0.00 | FA |
| 16. 2000 GMC Yukon Denali with over 90,000 miles | 6,475.00 | 0.00 | DA | 0.00 | FA |
| 17. 2007 Chevy Silverado - purchased for $10000 on 9/2 | 10,000.00 | 10,000.00 | DA | 0.00 | FA |
| 18. 1995 19ft Malibu Flight Craft & trailer | 7,000.00 | 0.00 | DA | 0.00 | FA |
| 19. Motor for a race car - in pieces, have to be put b | 0.00 | 0.00 | DA | 0.00 | FA |
| 20. Pontoon Boat | 4,000.00 | 0.00 | DA | 0.00 | FA |
| 21. PREFERENCE SETTLEMENT (u) Preference Settlement with Kristofer Jespersen | 0.00 | 1,650.00 | DA | 1,650.00 | FA |
| 22. PREFERENCE SETTLEMENT (u) Preference Settlement with Todd Jespersen | 0.00 | 1,650.00 | DA | 1,650.00 | FA |
| 23. PREFERENCE SETTLEMENT (u) Preference Settlement with debtors | 0.00 | 55,000.00 | DA | 55,000.00 | FA |

LFORM1

Ver: 16.06b

UST Form 101-7-TDR (5/1/2011) *(Page: 14)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 10-44279 | CAD | Judge: CAROL A. DOYLE | | Trustee Name: | BARRY A. CHATZ |
| Case Name: | JESPERSEN, DON C | | | | Date Filed (f) or Converted (c): | 10/01/10 (f) |
| | JESPERSEN, SUSAN C | | | | 341(a) Meeting Date: | 11/05/10 |
| | | | | | Claims Bar Date: | 02/23/11 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| INT. Post-Petition Interest Deposits (u) | Unknown | 0.00 | DA | 3.34 | FA |

|  |  |  |  | Gross Value of Remaining Assets |
|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $1,004,251.53 | $70,518.00 | | $58,303.34 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

TFR SUBMITTED TO U.S. TRUSTEE'S OFFICE FOR APPROVAL FOR FILING.

Initial Projected Date of Final Report (TFR): 12/31/11    Current Projected Date of Final Report (TFR): 03/20/12

FORM 2

Page: 1

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 10-44279 | Trustee Name: | BARRY A. CHATZ |
|---|---|---|---|
| Case Name: | JESPERSEN, DON C | Bank Name: | BANK OF AMERICA, N.A. |
|  | JESPERSEN, SUSAN C | Account Number / CD #: | *******7426 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******4982 | | |
| For Period Ending: | 05/24/12 | Blanket Bond (per case limit): | $ 5,000,000.00 |
|  |  | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 05/20/11 | | DON JESPERSEN | PREFERENCE SETTLEMENT | 1241-000 | 1,650.00 | | 1,650.00 |
| 05/20/11 | | DON JESPERSEN | PREFERENCE SETTLEMENT | 1241-000 | 1,650.00 | | 3,300.00 |
| 05/20/11 | | DON JESPERSEN | PREFERENCE SETTLEMENT | 1241-000 | 55,000.00 | | 58,300.00 |
| 05/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1129-000 | 0.11 | | 58,300.11 |
| 06/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1129-000 | 0.48 | | 58,300.59 |
| 07/29/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1129-000 | 0.49 | | 58,301.08 |
| 08/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1129-000 | 0.50 | | 58,301.58 |
| 09/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1129-000 | 0.48 | | 58,302.06 |
| 10/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1129-000 | 0.50 | | 58,302.56 |
| 10/31/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 74.28 | 58,228.28 |
| 11/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1129-000 | 0.48 | | 58,228.76 |
| 11/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 71.79 | 58,156.97 |
| 12/20/11 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1129-000 | 0.30 | | 58,157.27 |
| 12/20/11 | | Transfer to Acct #*******7714 | Final Posting Transfer | 9999-000 | | 58,157.27 | 0.00 |

|  | COLUMN TOTALS | 58,303.34 | 58,303.34 | 0.00 |
|---|---|---|---|---|
|  | Less: Bank Transfers/CD's | 0.00 | 58,157.27 | |
|  | Subtotal | 58,303.34 | 146.07 | |
|  | Less: Payments to Debtors | | 0.00 | |
|  | Net | 58,303.34 | 146.07 | |

Page Subtotals  58,303.34  58,303.34

Ver: 16.06b

FORM 2

Page: 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 10-44279 |
| Case Name: | JESPERSEN, DON C |
| | JESPERSEN, SUSAN C |
| Taxpayer ID No: | *******4982 |
| For Period Ending: | 05/24/12 |

| | |
|---|---|
| Trustee Name: | BARRY A. CHATZ |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******7714  BofA - Checking Account |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| | | | BALANCE FORWARD | | | | 0.00 |
| 12/20/11 | | Transfer from Acct #*******7426 | Transfer In From MMA Account | 9999-000 | 58,157.27 | | 58,157.27 |
| 12/28/11 | 003001 | United States Treasury<br>Department of the Treasury<br>Internal Revenue Service Center<br>Cincinnati, OH 45999-0148 | POST-PETITION TAXES<br>2010 FORM 1041 - EIN 35-6914982<br>FOR YEAR ENDING 9/30/11 - SUSAN C.<br>JESPERSEN | 2810-000 | | 1,025.00 | 57,132.27 |
| 12/28/11 | 003002 | ILLINOIS DEPT. OF REVENUE<br>P.O. BOX 19009<br>SPRINGFIELD, IL 62794-9009 | POST-PETITION TAXES<br>FOR YEAR ENDING 9/30/11 - SUSAN C.<br>JESPERSEN | 2820-000 | | 509.00 | 56,623.27 |
| 12/28/11 | 003003 | UNITED STATES TREASURY<br>DEPT. OF THE TREASURY<br>INTERNAL REVENUE SERVICE CENTER<br>CINCINNATI, OH 45999-0148 | POST-PETITION TAXES<br>2010 FORM 1041 - EIN 35-6914982<br>FOR YEAR ENDING 9/30/11 - DON C.<br>JESPERSEN | 2810-000 | | 1,025.00 | 55,598.27 |
| 12/28/11 | 003004 | ILLINOIS DEPT. OF REVENUE<br>P.O. BOX 19009<br>SPRINGFIELD, IL 62794-9009 | POST-PETITION TAXES<br>FOR CALENDAR YEAR ENDING 9/30-/11 - DON<br>C. JESPERSEN | 2820-000 | | 509.00 | 55,089.27 |
| 01/20/12 | | Transfer to Acct #*******4232 | Bank Funds Transfer | 9999-000 | | 55,089.27 | 0.00 |

|  |  |  |  |
|---|---|---|---|
| COLUMN TOTALS | | 58,157.27 | 58,157.27 | 0.00 |
| Less:  Bank Transfers/CD's | | 58,157.27 | 55,089.27 | |
| Subtotal | | 0.00 | 3,068.00 | |
| Less:  Payments to Debtors | | | 0.00 | |
| Net | | 0.00 | 3,068.00 | |

Page Subtotals          58,157.27          58,157.27

Ver: 16.06b

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 17)*

FORM 2     Page: 3

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**     Exhibit 9

| Case No: | 10-44279 | Trustee Name: | BARRY A. CHATZ |
|---|---|---|---|
| Case Name: | JESPERSEN, DON C | Bank Name: | Congressional Bank |
|  | JESPERSEN, SUSAN C | Account Number / CD #: | *******4232 Checking Account |
| Taxpayer ID No: | *******4982 |  |  |
| For Period Ending: | 05/24/12 | Blanket Bond (per case limit): | $ 5,000,000.00 |
|  |  | Separate Bond (if applicable): |  |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
|  |  |  | BALANCE FORWARD |  |  |  | 0.00 |
| 01/20/12 |  | Transfer from Acct #*******7714 | Bank Funds Transfer | 9999-000 | 55,089.27 |  | 55,089.27 |
| 02/06/12 | 003001 | INTERNATIONAL SURETIES, LTD.<br>701 POYDRAS STREET<br>SUITE 420<br>NEW ORLEANS, LA 70139 | CHAPTER 7 BOND PREMIUM<br>PRO RATA SHARE OF TRUSTEE'S BLANKET BOND PREMIUM | 2300-000 |  | 57.33 | 55,031.94 |
| 03/21/12 | 003002 | BARRY A. CHATZ<br>120 S. RIVERSIDE PLAZA<br>SUITE 1200<br>CHICAGO, IL 60606 | Chapter 7 Compensation/Expense |  |  | 6,278.78 | 48,753.16 |
|  |  |  | Fees     6,165.17 | 2100-000 |  |  |  |
|  |  |  | Expenses     113.61 | 2200-000 |  |  |  |
| 03/21/12 | 003003 | Gregory K. Stern, P.C.<br>53 West Jackson Boulevard<br>Suite 1442<br>Chicago, IL 60604 | Claim 0000010, Payment 100.00% |  |  | 8,472.16 | 40,281.00 |
|  |  |  | Fees     8,316.00 | 3210-000 |  |  |  |
|  |  |  | Expenses     156.16 | 3220-000 |  |  |  |
| 03/21/12 | 003004 | POPOWCER KATTEN, LTD<br>35 EAST WACKER DRIVE<br>SUITE 1550<br>CHICAGO, ILLINOIS 60601 | Claim 0000011, Payment 100.00% | 3410-000 |  | 1,311.00 | 38,970.00 |
| 03/21/12 | 003005 | PLUMBERS LOCAL UNION #93 UA RETIREMENT<br>C/O JOHNSON & KROL, LLC<br>300 S. WACKER DR., SUITE 1313<br>CHICAGO, ILLINOIS 60606 | Claim 000002B, Payment 81.39% | 5400-000 |  | 11,390.50 | 27,579.50 |
| 03/21/12 | 003006 | PLUMBER LOCAL UNION #93 UA HEALTH WELFAR<br>C/O JOHNSON & KROL, LLC | Claim 000003B, Payment 81.39% | 5400-000 |  | 14,783.87 | 12,795.63 |

Page Subtotals     55,089.27     42,293.64

Ver: 16.06b

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 18)*

FORM 2

Page: 4

Exhibit 9

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 10-44279 | Trustee Name: | BARRY A. CHATZ |
|---|---|---|---|
| Case Name: | JESPERSEN, DON C | Bank Name: | Congressional Bank |
|  | JESPERSEN, SUSAN C | Account Number / CD #: | *******4232  Checking Account |
| Taxpayer ID No: | *******4982 |  |  |
| For Period Ending: | 05/24/12 | Blanket Bond (per case limit): | $ 5,000,000.00 |
|  |  | Separate Bond (if applicable): |  |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 03/21/12 | 003007 | 300 S. WACKER DR., SUITE 1313 CHICAGO, ILLINOIS 60606 PLUMBERS LOCAL UNION NO. 93 | Claim 000004B, Payment 81.39% | 5400-000 |  | 8,644.63 | 4,151.00 |
| 03/21/12 | 003008 | U.A. PENSION FUND C/O JOHNSON & KROL, LLC 300 S. WACKER DR., SUITE 1313 CHICAGO, ILLINOIS 60606 JNT APPRENTICESHIP COMM PLUMBING&HEALTH | Claim 000005B, Payment 81.39% | 5400-000 |  | 2,123.98 | 2,027.02 |
| 03/21/12 | 003009 | C/O JOHNSON & KROL, LLC 300 S. WACKER DR., SUITE 1313 CHICAGO, ILLINOIS 60606 THE INDUSTRY ADVANCEMENT FUND C/O JOHNSON & KROL, LLC 300 S. WACKER DR., SUITE 1313 CHICAGO, ILLINOIS 60606 | Claim 000006B, Payment 81.39% | 5400-000 |  | 591.79 | 1,435.23 |
| 03/21/12 | 003010 | PLUMBERS LOCAL UNION NO. 93 U.A. C/O JOHNSON & KROL, LLC 300 S. WACKER DR., SUITE 1313 CHICAGO, ILLINOIS 60606 | Claim 000007B, Payment 81.39% | 5400-000 |  | 1,435.23 | 0.00 |

Page Subtotals     0.00     12,795.63

Ver: 16.06b

LFORM24

UST Form 101-7-TDR (5/1/2011) (Page: 19)

FORM 2

Page: 5

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |   | | |
|---|---|---|---|---|
| Case No: | 10-44279 | | Trustee Name: | BARRY A. CHATZ |
| Case Name: | JESPERSEN, DON C | | Bank Name: | Congressional Bank |
| | JESPERSEN, SUSAN C | | Account Number / CD #: | *******4232  Checking Account |
| Taxpayer ID No: | *******4982 | | | |
| For Period Ending: | 05/24/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 55,089.27 | 55,089.27 | 0.00 |
| | | | Less: Bank Transfers/CD's | | 55,089.27 | 0.00 | |
| | | | Subtotal | | 0.00 | 55,089.27 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 0.00 | 55,089.27 | |

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Money Market Account (Interest Earn - ********7426 | 58,303.34 | 146.07 | 0.00 |
| BofA - Checking Account - ********7714 | 0.00 | 3,068.00 | 0.00 |
| Checking Account - ********4232 | 0.00 | 55,089.27 | 0.00 |
| | 58,303.34 | 58,303.34 | 0.00 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals     0.00     0.00

Ver: 16.06b

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 20)*